UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>information associated with eight e-mail accounts that are stored at premises owned, maintained, controlled or operated by Google, LLC, a company located at 1600 Amphitheater Parkway, Mountain View, CA 94043 | Case No. 1:21-mj-80<br><br>**Filed Under Seal** |

## MOTION TO UNSEAL

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Raymond E. Beckering, Assistant United States Attorney, and moves this court to unseal the Application for Search Warrant and Continuation and Search Warrant in the above entitled case because the warrant has been executed.

Respectfully submitted,

Dated: March 3, 2023

For /s/
RAYMOND E. BECKERING III
Assistant United States Attorney
United States Attorney's Office
P.O. Box 208
Grand Rapids, MI 49501
(616) 456-2404
ray.beckering@usdoj.gov

IT IS SO ORDERED.

Dated: March 6, 2023

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge
United States District Court